ORIGINAL

FILED
AUG 1 3 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DEUTSCHE BANK TRUST COMPANY AMERICAS,
Plaintiff,
v.
THE UNITED STATES OF AMERICA,
Defendant.

No. 08-574 T

## COMPLAINT

The plaintiff, DEUTSCHE BANK TRUST COMPANY AMERICAS (a/k/a BANKERS TRUST COMPANY), complain of the defendant, United States of America, as follows:

## NATURE OF THE ACTION

1. This is an action for the refund of federal withholding taxes that Plaintiff overpaid to Defendant in the year 2001, the details of which are more fully outlined below.

## PARTIES

2. Plaintiff DEUTSCHE BANK TRUST COMPANY AMERICAS ("DBTCA") is a corporation duly registered to act under the laws of the State of New York with a principal place of business located at 60 Wall Street, New York, NY 10005.

3. Until 2002, Plaintiff was known as "Bankers Trust Company."

4. In 1999, Deutsche Bank AG ("DBAG") acquired "Bankers Trust Company."

5. DBAG is a foreign corporation organized under the laws

of Germany.

6. Bankers Trust Company is currently known as DBTCA.

7. The returns relevant to this action were filed under the name "Bankers Trust Company."

8. Plaintiff DBTCA's employer identification number (EIN) is 13-4941247.

9. The Defendant is the United States of America.

10. The Internal Revenue Service ("IRS") is an agency of the United States.

**JURISDICTION**

11. Plaintiff brings this complaint under Sections 6532 and 7422 of the Internal Revenue Code (26 U.S.C. §§ 6532 and 7422) to recover federal taxes erroneously assessed and paid by Plaintiff for the taxable year 2001.

12. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1346(a) and 1491.

**COUNT ONE**

13. Throughout the year 2001, DBTCA withheld taxes from payments it made to certain nonresident alien individuals, foreign corporations or foreign partnership pursuant to 26 U.S.C. §§ 1441, 1446.

14. On or before March 10, 2002, DBTCA timely filed a request for extension to file its Form 1042 "Foreign Person's U.S. Source Income Subject to Withholding" for the year 2001 (the

"2001 Form 1042") on IRS Form 2758, "Application for Extension of Time To File Certain Excise, Income, Information, and Other Returns" (the "Form 2758").

15. The Form 2758 was filed with the IRS' Philadelphia Service Center.

16. The IRS Philadelphia Service Center was the correct location to file the Form 2758.

17. Pursuant to the Form 2758, the deadline to file the 2001 Form 1042 was extended to June 15, 2002.

18. On or before June 15, 2002, DBTCA timely filed the 2001 Form 1042.

19. The 2001 Form 1042 was timely filed with the IRS' Philadelphia Service Center.

20. The IRS Philadelphia Service Center was the correct location to file the 2001 Form 1042.

21. DBTCA declared its total tax liability to be fifty million, eight hundred and eighty six thousand, two hundred and eight dollars with five cents ($50,886,208.05) on its 2001 Form 1042.

22. DBTCA declared its total payments and credit to total sixty three million, three hundred and sixty five thousand, nine hundred and fifty five dollars with thirty two cents ($63,365,955.32) on its 2001 Form 1042.

23. DBTCA declared its total overpayments to total twelve

million, four hundred and seventy nine thousand, seven hundred and forty seven dollars ($12,479,747.00) on its 2001 Form 1042.

24. Subsequent to the filing of the 2001 Form 1042, DBTCA began discovering discrepancies between DBTCA's records and the amounts reflected in the 2001 Form 1042.

25. This resulted in several amendments to the 2001 Form 1042 (the "Amended Returns").

26. On November 28, 2002, pursuant to the Amended Returns, the IRS assessed DBTCA an additional tax in the amount of two million, six hundred seventy nine thousand, four hundred and eighty three dollars with sixty-eight cents ($2,679,483.68).

The Refund Claim

27. Subsequently, in preparing its Form 1042 for the year 2002 (the "2002 Form 1042") and confirming the deposits paid to the IRS, DBTCA discovered an overstatement of tax liability on its 2001 Form 1042 (the "Overpayment").

28. In order to reconcile the 2001 Form 1042 and its subsequent amendments with the Overpayment, an account by account reconciliation project was started in August 2004 for calendar years 2001 through 2004 to determine the cause of the Overpayment (the "Reconciliation Project").

29. The Reconciliation Project was completed in January of 2005.

30. The Reconciliation Project revealed that DBTCA

overstated its tax liability for several years including the year 2001.

31. The Reconciliation Project revealed that DBTCA understated its credits/payments for several years including the year 2001.

32. DBTCA's correct amount of federal tax payments through deposits or credits for the year 2001 was sixty four million, six hundred forty four thousand, four hundred and one dollars with eighty four cents ($64,644,401.84).

33. DBTCA's payment and credits were understated by at least one million, two hundred seventy eight thousand, four hundred and forty six dollars and seventy one cents ($1,278,446.79) on its 2001 Form 1042.

34. DBTCA's correct total net tax liability for the year was forty nine million, three hundred eighty seven thousand, three hundred and thirty nine dollars with forty cents ($49,387,339.40).

35. DBTCA's tax liability was overstated by one million, four hundred ninety eight thousand, eight hundred and sixty eight dollars with twenty five cents ($1,498,868.25) on its 2001 Form 1042.

36. In addition, the additional tax assessed in the amount of two million, six hundred seventy nine thousand, four hundred and eighty-three dollars with sixty-eight cents ($2,679,483.68)

was incorrect.

37. Once the correct amounts were determined through the Reconciliation Project, corrected Forms 1042-S were filed with the appropriate IRS Service Center.

38. Once the correct amounts were determined through the Reconciliation Project, corrected Forms 1042-S were sent to DBTCA's clients.

39. DBTCA also submitted copies of the corrected Forms 1042-S to the IRS by letters dated April 12, 2005 and April 21, 2006.

40. In addition, DBTCA timely requested refunds in connection with DBTCA's Form 1042 for the years 2001 and 2002 on amended Forms 1042(the "Refund Requests"), among other years. A copy of the refund request for the year 2001 is attached hereto as ***Exhibit A***.

41. The Refund Requests were supplemented by letter dated April 12, 2005. A copy of the April 12, 2005 letter is attached hereto as ***Exhibit B***.

42. On or about November 14, 2005, the IRS granted the Refund Requests.

43. On November 14, 2005, the IRS issued a letter to DBTCA confirming a refund for the 2002 Form 1042 in the amount of two million, six hundred and twenty five thousand, four hundred dollars ($2,625,400.00).

44. On April 26, 2006, DBTCA sent a letter to the IRS requesting information on the status of the refund request for the 2001 year.

45. On August 23, 2006, in response to DBTCA's April 26, 2006 letter, the IRS issued a notice incorrectly stating that the "claim has been received after the statute of limitations has expired according to Internal Revenue Code Section 6511(a) and 6511(b)(2)" (the "Notice of Disallowance"). A copy of the Notice of Disallowance is attached hereto as ***Exhibit C.***

46. Subsequently, DBTCA investigated the source of the IRS' incorrect allegation on the Notice of Disallowance.

47. Upon reviewing transcripts from the IRS, DBTCA concluded that the IRS granted the refund request for the year 2001 on the same date as the refund for the year 2002 (i.e., November 14, 2005), however, the IRS incorrectly abated the amount of an additional tax assessed made on February 24, 2003 (i.e., $40,445.30) instead of the correct amount of four million, one hundred seventy eight thousand, three hundred and fifty one dollars with ninety-three cents $4,178,351.93 (i.e., $50,886,208.05 minus $49,387,339.40 plus $2,679,483.68).

48. DBTCA is entitled to a refund of at least five million, four hundred and fifty-six thousand, seven hundred and ninety-eight dollars with seventy-two cents ($5,456,798.72), plus interest in connection with the 2001 year, said amount is

comprised of tax abatements totaling $4,178,351.93 and overpayment credits of at least $1,278,446.79.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands that this Court grant Plaintiff the following:

(A) Judgment against the United States for refund to Plaintiff of overpaid for the year ended on December 31, 2001 in the amount of five million, four hundred and fifty-six thousand, seven hundred and ninety-eight dollars with seventy-two cents ($5,456,798.72) or such other amount as may be legally refundable, plus interest as provided by law;

(B) That the United States allow the amount of $5,456,798.72, or such other amount as may be legally refundable, plus interest as provided by law, to be refunded to Plaintiff for the 2001 tax year; and

(C) Such other and further relief as the Court deems just.

Date: August 12, 2008

Respectfully submitted,

By: [signature]

Frank Agostino, Esq.

Calo Agostino, P.C.
14 Washington Place
Hackensack, NJ 07601
Telephone: (201) 488-5400
Fax: (201) 488-5855
e-mail: fagostino@caloagostino.com