AMENDED

Form **1042**
Department of the Treasury
Internal Revenue Service

# Annual Withholding Tax Return for U.S. Source Income of Foreign Persons

▶ See instructions.

OMB No. 1545-0096

**2001**

If this is an amended return, check here ▶ ☒

Name of withholding agent: Bankers Trust Company

Employer identification number: 13-4941247

Number, street, and room or suite no. (if a P.O. box, see instructions): 60 Wall Street, MS: NYC60-3106

City or town, state, and ZIP code: New York, NY 10005

| For IRS Use Only | |
|---|---|
| CC | FD |
| RD | FF |
| CAF | FP |
| CR | I |
| EDC | SIC |

If you will not be liable for returns in the future, check here ▶ ☐ Enter date final income paid ▶

Check here if you made quarter-monthly deposits using the 90% rule (see **Deposit Requirements** in the instructions) ▶ ☐

Check if you are a QI/Withholding foreign partnership or trust ☐ or an NQI/Flow-through entity ☐ (See instructions.)

## Record of Federal Tax Liability
(Do not show Federal tax deposits here.)

| Line No. | Period ending | | Tax liability for period (including any taxes assumed on Form(s) 1000) | Line No. | Period ending | | Tax liability for period (including any taxes assumed on Form(s) 1000) | Line No. | Period ending | | Tax liability for period (including any taxes assumed on Form(s) 1000) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jan. | 7 | 1,772,199.01 | 21 | May | 7 | 2,390,828.69 | 41 | Sept. | 7 | .0 |
| 2 | | 15 | 7,384,843.84 | 22 | | 15 | 2,891,182.95 | 42 | | 15 | 201,056.25 |
| 3 | | 22 | 3,019,735.36 | 23 | | 22 | 656,270.33 | 43 | | 22 | 32,795.47 |
| 4 | | 31 | 2,088,261.07 | 24 | | 31 | 40,268.76 | 44 | | 30 | 33,898.84 |
| 5 | Jan. total | | 14,265,039.28 | 25 | May total | | 5,978,550.73 | 45 | Sept. total | | 267,750.56 |
| 6 | Feb. | 7 | 1,585,154.45 | 26 | June | 7 | 2,503,850.44 | 46 | Oct. | 7 | 177,054.37 |
| 7 | | 15 | 28,265.64 | 27 | | 15 | 129,369.19 | 47 | | 15 | 78,131.91 |
| 8 | | 22 | 639,731.63 | 28 | | 22 | 27,836.37 | 48 | | 22 | 0 |
| 9 | | 28 | 2,331,667.34 | 29 | | 30 | 36,444.88 | 49 | | 31 | 175,578.98 |
| 10 | Feb. total | | 4,584,819.06 | 30 | June total | | 2,697,500.88 | 50 | Oct. total | | 430,765.26 |
| 11 | Mar. | 7 | 1,397,265.35 | 31 | July | 7 | 128,540.07 | 51 | Nov. | 7 | 122,520.57 |
| 12 | | 15 | 4,749,641.38 | 32 | | 15 | 48,096.33 | 52 | | 15 | 23,031.02 |
| 13 | | 22 | 633,463.49 | 33 | | 22 | 29,713.08 | 53 | | 22 | 0 |
| 14 | | 31 | 814,905.71 | 34 | | 31 | 133,288.09 | 54 | | 30 | 61,931.50 |
| 15 | Mar. total | | 7,595,275.93 | 35 | July total | | 339,637.57 | 55 | Nov. total | | 207,483.09 |
| 16 | Apr. | 7 | 2,858,376.34 | 36 | Aug. | 7 | 94,645.93 | 56 | Dec. | 7 | 81,477.50 |
| 17 | | 15 | 7,001,799.66 | 37 | | 15 | 40,860.36 | 57 | | 15 | 42,152.89 |
| 18 | | 22 | 610,918.03 | 38 | | 22 | 1,949.40 | 58 | | 22 | 16.65 |
| 19 | | 30 | 2,125,884.47 | 39 | | 31 | 113,311.96 | 59 | | 31 | 49,124.25 |
| 20 | Apr. total | | 12,596,978.50 | 40 | Aug. total | | 250,767.65 | 60 | Dec. total | | 172,771.29 |

61 No. of Forms 1042-S filed: **a** On magnetic media 3,561 **b** On paper ______ **c** Electronically 182

62 For all Form(s) 1042-S and 1000: **a** Gross income paid 4,150,115,615 **b** Taxes withheld or assumed 49,387,339.80

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 63a | Total tax liability (add monthly total lines from above) | 63a | 49,387,339.80 | | |
| b | Adjustments (see instructions) | 63b | | | |
| c | Total **net tax** liability (combine lines 63a and 63b) ▶ | | | 63c | 49,387,339.80 |
| 64 | Total paid by Federal tax deposit coupons or by electronic funds transfer (or with a request for an extension of time to file) for 2001 | 64 | 62,081,861.76 | | |
| 65 | Enter overpayment applied as a credit from 2000 Form 1042 | 65 | 2,562,540.08 | | |
| 66 | Credit for amounts withheld by other withholding agents (see inst.) | 66 | | | |
| 67 | **Total payments.** Add lines 64 through 66 ▶ | | | 67 | 64,644,401.84 |
| 68 | If line 63c is larger than line 67, enter **balance due** here | | | 68 | 0.00 |
| 69 | If line 67 is larger than line 63c, enter **overpayment** here | | | 69 | 15,257,062.04 |
| 70 | Penalty for failure to deposit tax when due. Also include on line 68 or line 69 (see instructions) | | | 70 | |

71 Apply overpayment on line 69 to (check one): ☒ **Credit on 2002 Form 1042** or ☐ **Refund**

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than withholding agent) is based on all information of which preparer has any knowledge.

Your signature ▶ [signature] Date 1/18/05 Capacity in which acting ▶ Principal

Daytime phone number ▶ (212) 250-1039

**Paid Preparer's Use Only**

Preparer's signature ▶ Date Check if self-employed ▶ ☐ Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ EIN ▶ Phone no.

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

ISA
STF FED3287F

COPY