Deutsche Bank

Brian Polchinski
Director

Deutsche Bank AG New York
Corporate Tax of the Americas
60 Wall Street, NYC60-1402
New York, NY 10005-2858

Tel 212 602 1395
Fax 212 797 0326

brian.polchinski@db.com

April 12, 2005

Internal Revenue Service
Philadelphia, PA 19255-0038

Re: **In reply to: 0531504789**
**Mar. 30, 2005 LTR 916C**
**Deutsche Bank Trust Company Americas**
**TIN: 13-4941247**
**Date Claims(s) Received: Jan. 24, 2005**
**Kind of Tax: Withholding**
**Tax Period: December 31, 2001**

Gentlemen:

To become compliant with the 1441 withholding tax regulations that went into effect on January 1, 2001, substantial changes were made to the various systems employed by the Deutsche Bank custody business to ensure that the appropriate amount of U.S tax would be withheld as mandated under the new rules. To handle customers that are foreign financial institutions acting as non-qualified intermediaries or qualified intermediaries with multiple rates of withholding on one account, modifications were made to a tax reclaim system used by the custody business called TRAPS. As a results of these system modifications, TRAPS requests beneficial owner (non-qualified intermediary clients) or withholding rate (qualified intermediary clients) information from the client for each income event, tracks the required documentation for each beneficial owner, calculates the correct withholding rate on an income event based on that documentation and informs Polaris, the core processing system for collecting income on behalf of clients, whether a tax adjustment needs to be made. Before 2001 Polaris

COPY

Deutsche Bank



handled the whole 1441 withholding process. Beginning in 2001 Polaris would continue to handle the withholding of the 1441 tax. For accounts with a fixed withholding rate percentage Polaris withholds the correct amount of tax and if necessary processes any permitted adjustments. For accounts requiring withholding at multiple rates Polaris withholds at the full NRA rate of 30% and processes the correct tax calculations received from TRAPS as an adjustment. See the attached Business Requirement Document. In addition system modifications were made to TRAPS to track by recipient all income items subject to 1042S reporting. The tax deposited with the IRS is the tax withheld reduced by any permitted post payment adjustments processed by the Polaris system. The tax amounts processed by Polaris would reflect the correct withholding tax liability. In theory the amounts reported as tax withheld by recipient as tracked by TRAPS should equal what has been withheld by Polaris and paid over to the IRS. In preparing the 2002 Form 1042 for Deutsche Bank Trust Company Americas and confirming the deposits received by the IRS it was discovered that the taxes withheld as reported by TRAPS exceeded the taxes actually withheld by Polaris and received by the IRS. To determine the cause of this discrepancy an account by account reconciliation project was started in August 2004 for calendar years 2001 through 2004. The reconciliation project was completed in January 2005 and amended Forms 1042 and Forms 1042-S for 2001, 2002 and 003 were filed on January 20, 2005. The cause of this discrepancy was determined to be that the TRAPS system did not pick up certain adjustments if they were processed by Polaris using certain transaction types. So, if Polaris originally withheld 30% on an income payment and it was later discovered that the correct amount of tax was 0% or a lower than 30% rate, Polaris would refund the overwithholding to the client but the TRAPS record would still reflect the full 30% withholding tax. As a result any accounts that had adjustments that were processed with these transaction types resulted in an incorrect Form 1042-S as the amount of tax withheld, income codes, and the amount of income would have been incorrectly reported. Once the correct amounts are determined through the reconciliation process, corrected Forms 1042-S were filed with the IRS and

Deutsche Bank



furnished to the clients. The amount of taxes withheld including any permitted adjustments made before the end of the year are reflected in the amended return. The amount of tax reported as withheld on the original return was overstated. Original Forms 1042-S with the incorrect amount of withheld taxes were issued. The correct amount of withheld tax was discovered after the close of the calendar year. Copies of corrected and voided Forms 1042-S relating to the amended return are attached.

Very truly yours,

Brian Polchinski

Brian Polchinski

Bp:al
Attachments

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**