IRS Department of the Treasury
Internal Revenue Service

PHILADELPHIA PA 19255-0038

71068796932480815400

In reply refer to: 0537229934
Aug. 23, 2006 LTR 105C EO
13-4941247 200112 12 000
01268
BODC: SB

DEUTSCHE BANK TRUST CO AMERICAS
% TAX UNIT
60 WALL STREET 22ND FLOOR
NEW YORK NY 10005-2836997

CERTIFIED MAIL

Taxpayer Identification Number: 13-4941247
Kind of Tax: Withholding
Date of Claim(s) Received: Apr. 28, 2006
Tax Period : Dec. 31, 2001

WE COULDN'T ALLOW YOUR CLAIM

Dear Taxpayer:

WHY WE'RE SENDING YOU THIS LETTER
This letter is your notice that we've disallowed your claim for credit for the period shown above.

WHY WE CANNOT ALLOW YOUR CLAIM
Your claim has been received after the statute of limitation has expired according to the Internal Revenue Code Section 6511(a) and 6511(b)(2).

IF YOU DISAGREE

If you do not agree with our decision, you may file suit to recover tax, penalties, or other amounts, with the United States District Court having jurisdiction or with the United States Claims Court. These courts are part of the judiciary branch of the federal government and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the date of this letter. If you decide to appeal our decision first, the 2-year period still begins from the date of this letter. However, if you signed an agreement that waived your right to the notice of disallowance (Form 2297), the period for filing suit begins on the date you filed the waiver.

HOW TO CONTACT US

If you have any questions, please call Customer Service at 215-516-2000 between the hours of 6:00am and 10:00pm. If the number is outside your local calling area, there will be a long-distance charge to you. If you prefer, you may

0537229934
Aug. 23, 2006 LTR 105C EO
13-4941247 200112 12 000
01269

DEUTSCHE BANK TRUST CO AMERICAS
% TAX UNIT
60 WALL STREET 22ND FLOOR
NEW YORK NY 10005-2836997

write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number ( ) ____________________ Hours________________

Sincerely yours,

Andrew E. Zuckerman
Field Director, Accounts Management

Enclosure(s):
Publication 1
Envelope